# AKIN & SALAMAN

ATTORNEYS AT LAW

45 BROADWAY, SUITE 1420

NEW YORK, NEW YORK 10006

Tel. (212) 825-1400    Fax. (212) 825-1440

Zafer A. Akin                                                                                                                    Justin Ames
Robert D. Salaman                                                                                                          Olena Tatura
                                                                                                                                      Kayla Callahan
_____                                                                                       _____
Partners                                                                                                                          Associates

June 9, 2025

*Via ECF*
Honorable Nina J. Morrison
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  **<u>Dr. Fortmann *et al.* v. St. John's University *et al*.</u>**
       **Case No. 24-cv-05494-NJM-LKE**

Dear Honorable Judge Nina J. Morrison:

This firm represents the Plaintiffs Dr. Fortmann and Dr. Cevher in the above-referenced action. In compliance with Rule 1.7.1. of Your Honor's Individual Practice Rules, I am writing to request an adjournment of the pre-motion conference, currently scheduled for Thursday, July 10, 2025 at 12.00p.m.

The reason for the request is that I will be travelling internationally on July 4, and will not return until July12. This is the first request for adjournment. Opposing counsels graciously consented to my request. All parties conferred, and propose the following dates for adjournment: July 14, July 15, July 22 or July 23.

I thank the Court for its attention to this matter.

                     Respectfully Submitted

                     Olena Tatura, Esq.